1  DYKEMA GOSSETT LLP
   James P. Feeney (SBN 219045)
2  *jfeeney@dykema.com*
   Dommond E. Lonnie (SBN 142662)
3  *dlonnie@dykema.com*
   Vivian S. Lee (SBN 273274)
4  *vlee@dykema.com*
   333 South Grand Avenue, Suite 2100
5  Los Angeles, CA 90071
   Telephone: (213) 457-1800
6  Facsimile: (213) 457-1850

7  Attorneys for Defendant
   KIA MOTORS AMERICA, INC.

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| RICHARD WOODRUFF, on behalf of himself and all others similarly situated, | CASE NO.: 3:12-cv-06155-TEH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| KIA MOTORS AMERICA, INC., | |
| Defendant. | |

Based on the Stipulation by and between Plaintiff Richard Woodruff ("Plaintiff"), by and through his attorney, Simmons Browder Gianaris Angelides and Barnerd LLC, and Defendant Kia Motors America, Inc. ("KMA"), by and through its attorneys, Dykema Gossett LLP, and good cause existing:

IT IS HEREBY ORDERED that all proceedings in this case are stayed, including KMA's obligation to respond to Plaintiff's Complaint, until the Judicial Panel on Multidistrict Litigation ("JPML") resolves the motion pursuant to 28 U.S.C. § 1407 to transfer this and several other actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings that is now pending in MDL No. 2424. Following resolution by the JPML of the motion to transfer in MDL No. 2424, the parties shall meet and confer to discuss scheduling and deadlines, and shall thereafter apprise the Court.

Dated: 12/20/2012



The Honorable Thelton E. Henderson
United States District Judge

[PROPOSED] ORDER